# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:18-cv-0636

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> LOWES FOODS, LLC, <br><br> Defendant. | STIPULATION OF DISMISSAL |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties have reached a settlement and as a result hereby stipulate to the dismissal of this action with prejudice, with the parties bearing their own attorneys' fees and costs.

This the 29th day of March, 2019.

/s/Seth Lee Hudson
Seth Lee Hudson
CLEMENTS BERNARD PLLC
1901 Roxborough Road, Suite 250
Charlotte, NC 28211

OF COUNSEL:
Richard Liebowitz
rl@liebowitzlawfirm.com
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580

*Attorneys for Plaintiff*

/s/Richard A. Coughlin
Richard A. Coughlin
N.C. State Bar No. 19894
RCoughlin@foxrothschild.com
Whit D. Pierce
N.C. State Bar No. 46327
wpierce@foxrothschild.com
FOX ROTHSCHILD LLP
300 North Greene Street
Suite 1400
Greensboro, NC 27401
Telephone: (336) 378-5200
*Attorneys for Defendant*